# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





RECEIVED & FILED
99 NOV 23 AM 10: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ROLANDO VEGA PEREZ

VS.

CIVIL NO. 98-1814 (JAF)

UNITED STATES OF AMERICA

---

## DESCRIPTION OF MOTION

DATE FILED: 10/06/99  DOCKET #: 11   TITLE: MOTION by Rolando Vega-Perez |for Rosabel Melendez Rodriguez to Withdraw as Attorney|

[x] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

OTHER:

_____

11/19/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

3

(15)

c/c: Rosabel Melendez 11/23/99