## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO





ROLANDO VEGA PEREZ

    VS.                             CIVIL NO. __98-1814__ (JAF)

UNITED STATES OF AMERICA

### DESCRIPTION OF MOTION

DATE FILED: 11/18/99  DOCKET: 14   TITLE: MOTION FOR CONTINUANCE

[ ] Plaintiff(s)
[X] Defendant(s)

### O-R-D-E-R

_X_ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** THE PRETRIAL CONFERENCE SETTING FOR TODAY IS VACATED.

THE SAME IS RESCHEDULED FOR **JANUARY 19, 2000, AT 12:00 NOON.**

November 19, 1999
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE