UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Rolando Vega Pérez

vs.

United States of America

CIVIL NO. 98-1814 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: | | |
| FILED: | DOCKET:# | Title: |
| ( )Plffs | ( )Defts | |
| ( )Government | ( )Other | |

RECEIVED & FILED
00 JAN 20 PM 4: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORDER

Joint Proposed Order approved. Parties granted until March 30 to conclude discovery and consider settlement. A settlement conference shall be held April 5, 2000, 12:15 PM.

1/19/2000
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE