# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



Rolando Vega Perez

vs.

USA

CIVIL NO. 98-1814 (JAF)

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | settlement conf ndx |

### O-R-D-E-R

Trial shall be held May 3/00 9:30 AM

The settlement conf was held late — a 100,000 to 140,000 settlement demand was made.

also
atty
jury clerk

4-5-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

19

3