# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ROLANDO VEGA PEREZ

VS.

CIVIL NO. 98-1814 (JAF)

UNITED STATES OF AMERICA

---

## DESCRIPTION OF MOTION

DATE FILED: 04/12/00   DOCKET #: 20
               4/26/00              21

TITLE: MOTION by Rolando Vega-Perez to Continue JT set for 5/3/00

[x] Plaintiff(s)
[X] Defendant(s)

---

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *The trial set for May 3, 2000 is now rescheduled for October 2, 2000, at 9:30 A.M.*

---

4/27/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE