UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ROLANDO VEGA-PEREZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 98-1814 (JAF)

### O R D E R

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)