UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                              DATE: AUGUST 7, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                       CASE NO. CIVIL 98-1814

================================================================

ROLANDO VEGA-PEREZ                              Attorneys:
                                                For Plaintiffs:

         VS
                                                For Defendant:
UNITED STATES OF AMERICA

================================================================

In view of the fact that this is one the cases that has been recently reassigned to Judge Garcia Gregory trial set for October 2, 2000 at 9:30 AM is hereby vacated and set aside.

A status conference is hereby set for Friday, September 22, 2000 at 10:00 AM. before Judge Garcia. Counsel for the parties are to come prepared to discuss settlement and inform the status of any pending discovery. Parties to be notified.

                                        _____
                                             LILY ALICEA
                                           COURTROOM DEPUTY