UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 98-1814**

===============================================================

ROLANDO VEGA PEREZ           Attorneys:
                                               For Plaintiffs:

      VS

UNITED STATES OF AMERICA         For Defendant:

===============================================================

By Order of the Court the status conference in the above-mentioned case set for September 22, **is hereby advanced to Thursday, September 21, 2000 at 11:00 AM.**

Parties to be notified.

                                                   _____
                                                      LILY ALICEA
                                                      COURTROOM DEPUTY