UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 21, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**           **CASE NO. CIVIL 98-1814 (JAG)**

===================================================================

ROLANDO VEGA PEREZ                        Attorneys:
                                          For Plaintiffs: IDALIA
                                          DIAZ PEDROSA
      VS
                                          For Defendant:
UNITED STATES OF AMERICA                  CAMILLE VELEZ

===================================================================

Case called for status conference. Parties theory stated. Parties are engaged in serious settlement negotiations. Plaintiff made a settlement demand and defendant made a counter offer.

Court sets a settlement conference for **October 19, 2000 at 4:30 PM.**

Parties to be notified.

                                                _____
                                                      LILY ALICEA
                                                   COURTROOM DEPUTY