UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: OCTOBER 19, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**    CASE NO. CIVIL 98-1814

===================================================================

ROLANDO VEGA PEREZ

    VS

UNITED STATES OF AMERICA

Attorneys:
For Plaintiffs: IDALIA DIAZ PEDROSA

For Defendant:
CAMILLE VELEZ RIVE

===================================================================

Case called for settlement conference. Parties are close to settling the case but have not reached a settlement yet.

With the help of the Court the parties continue their settlement negotiations and inform the Court that they have been able to settle the case. Settlement papers will be filed soon.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY