IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROLANDO VEGA PEREZ

    Plaintiff                                   CIV. NO. 98-1814 (JAG)

    v.

UNITED STATES OF AMERICA

    Defendants

---

### JUDGMENT

Judgment is entered on the "Settlement Stipulation and Release" filed by the parties on October 20, 2000, Docket No. 28. The terms of the agreement are incorporated as if set forth at length herein.

This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of October, 2000.

                                             JAY A. GARCIA-GREGORY
                                             U.S. District Judge

